**Bobby Darrell COLBERT,
Petitioner–Appellant,**

v.

**Jim McDONALD, Defendant–Appellee.**

**No. 09–35537.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.*

Filed July 1, 2010.

Bobby Darrell Colbert, Walla Walla, WA, pro se.

Alex Kostin, Assistant Attorney General, Attorney General's Office, Olympia, WA, for Defendant–Appellee.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Washington state prisoner Bobby Darrell Colbert appeals pro se from the dis-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

trict court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Colbert contends that the trial court's denial of his motion to sever the two unrelated rape charges for trial denied his due process right to a fair trial. We do not reach the merits of this claim, however, because Colbert failed to exhaust it in state court. *See* 28 U.S.C. § 2254(b)(1)(A); *see also Hiivala v. Wood,* 195 F.3d 1098, 1106–07 (9th Cir.1999); *Baldwin v. Reese,* 541 U.S. 27, 32, 124 S.Ct. 1347, 158 L.Ed.2d 64 (2004).

**AFFIRMED.**